# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Anthony Brown,                                              Civ. No. 12-723 (PJS/JJK)

           Petitioner,

v.                                                     **ORDER**

Warden Brian R. Jett, Bureau of Prisons,

           Respondent.

Anthony Brown, #43238-019, Federal Medical Center, PMB 4000, Rochester, Minnesota 55903-4000, *pro se*.

Erika R. Mozangue, Esq., Gregory G. Brooker, Esq., and Lonnie F. Bryan, Esq., Assistant United States Attorneys, counsel for Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 26, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

       **IT IS HEREBY ORDERED** that:

       1.      Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED AS MOOT**; and

       2.      Petitioner's Motion for Injunctive Relief (Doc. No. 3), is **DENIED**.

       **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: July 12, 2012

                                                s/Patrick J. Schiltz
                                              Patrick J. Schiltz
                                              United States District Judge